# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 23, 2015

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, Delaware 19801

      Re:    *Meda Pharmaceuticals Inc. and Cipla Ltd. v. Apotex Inc. and Apotex Corp.,*
             *C.A. No. 14-1453-LPS*

Dear Chief Judge Stark:

      Pursuant to paragraph 10 of the Scheduling Order in the above-referenced matter, enclosed please find two copies of a DVD containing Plaintiffs' tutorial describing the technology and matters at issue. Plaintiffs' technology tutorial may be viewed by double-clicking on the "MEDA's Technology Tutorial" file which will load the presentation.

      If the Court experiences any difficulties in viewing Plaintiffs' presentation, please let us know and we will be happy to assist.

                    Respectfully,

                    */s/ Andrew C. Mayo*

                    Andrew C. Mayo (#5207)

ACM/nlm

Enclosures

cc:     Counsel of record (via electronic mail)

{01065601;v1 }